**LEWIS & FIORE**
ATTORNEYS AT LAW
225 BROADWAY
SUITE 3300
NEW YORK, N.Y. 10007
(212) 285-2290
FAX (212) 964-4506

DAVID L. LEWIS
CHARLES G. FIORE

**MEMO ENDORSED**

November 21, 2005



Honorable Kenneth M. Karas
United States District Judge
United States District Court
500 Pearl Street
Room 920
New York, New York  10007

      RE:  United States of America v.
           Douglas Shyne, et al.
           S1 05 Cr. 1067 (KMK)
           Client:  Nathaniel Shyne

Dear Judge Karas:

      I write with regard to the medical issues concerning Mr. Nathaniel Shyne held in detention at the Metropolitan Correction Center.

      Despite the BOP's insistence upon the regularity and quality of their care, Mr. Shyne has not been able to obtain a medical appointment while he has been incarcerated for the last months despite his applying for such attention. It appears that the last time he actually had his medical need acknowledged he was not seen by anyone because it was only available on a day that he was produced in court.

      He is suffering from such pain that he is unable to sit in one place for a period of time. His consumption of the limited amount of allotted toilet paper has caused friction between him and his cellmate and he is in constant, and apparently from my observation in our recent meeting, excruciating pain in his gastro intestinal track. The lack of attention to the problem has made it only worse.

# LEWIS & FIORE

Honorable Kenneth M. Karas
November 21, 2005
Page 2 of 2

      Had Mr. Shyne been granted bail, it is likely that this matter would have been efficiently and easily remedied. It is, of course, beyond his power to see to his own medical care, and as a result, it has made his life far more uncomfortable than is necessary or fair. We respectfully request that the Court make inquiry of the MCC and insist that Mr. Shyne be seen by appropriate medical personnel before the acute condition becomes even worse.

Respectfully yours,

DAVID L. LEWIS

DLL/bf
cc: E. Danya Perry
    Assistant United States Attorney
    Nathaniel Shyne, Reg. No. 58181-054, MCC

The Government (US Attorney's Office) is directed to look into the question of Mr. Shyne's medical care and report to the Court in writing by December 8, 2005.

SO ORDERED

KENNETH M. KARAS U.S.D.J.
12/1/05