February 24, 2006

**VIA ECF**

Honorable Kenneth M. Karas
United States District Judge
United States District Court
500 Pearl Street
Room 920
New York, New York  10007

        **RE:  United States of America v.
    Douglas Shyne, et al.
    S1 05 Cr. 1067 (KMK)
    Client:  Nathaniel Shyne**

Dear Judge Karas:

      In reference to the above-captioned matter, the defendant's motions are due to be filed on Friday, March 3, 2006.  I write to seek an adjournment of the filing of these motions for one month.  I have spoken to Assistant United States Attorney, E. Danya Perry, who has informed me that the government opposes this request.

                              Respectfully yours,

                              _____
                              DAVID L. LEWIS

DLL/bf
cc:  E. Danya Perry
     Assistant United States Attorney
    Nathaniel Shyne