

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/06

February 24, 2006

**BY HAND DELIVERY and FAX**

The Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   United States v. Nathaniel Shyne et al.
      S2 05 Cr. 1067 (KMK)

Dear Judge Karas:

The Government writes in response to defendant Shyne's request for a one-month extension of time in which to file any motions. Although it is unclear why defendant Shyne requires any additional time when the discovery relevant to any motions was produced approximately four months ago, the Government informed Mr. Lewis that it opposed the request because it was not provided with the amount of time for which the extension was requested. The Government does not take a position with request to this first request for an extension of time, but it will oppose any additional such requests.

Respectfully submitted,
MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By:  _____
     E. Danya Perry
     Assistant United States Attorney
     (212) 637-2434

cc:   David Lewis, Esq. (via facsimile)

(4/3/06)

Defendant Shyne is given a one-month extension of time to file any motions. No more extensions will be granted. Time is excluded from the Speedy Trial Act to permit counsel to file any motions until April 3, 2006. See 14 USC § 3161(h)(8)(A). So ordered.

KMK — 3/3/06