April 4, 2006

**VIA ECF**

Honorable Kenneth M. Karas
United States District Judge
United States District Court
500 Pearl Street
Room 920
New York, New York  10007

        **RE:  United States of America v.
            Douglas Shyne, et al.
            S1 05 Cr. 1067 (KMK)
            Client:  Nathaniel Shyne**

Dear Judge Karas:

      After a review of all discovery received from the government in this matter, counsel has concluded there are no motions to be filed on behalf of Nathaniel Shyne.

                                          Respectfully yours,

                                      _____
                                      DAVID L. LEWIS

DLL/bf
cc:  E. Danya Perry
     Assistant United States Attorney
    Nathaniel Shyne