April 27, 2006

**VIA ECF**

Honorable Kenneth M. Karas
United States District Judge
United States District Court
500 Pearl Street
Room 920
New York, New York  10007

      **RE: United States of America v.**
         **Douglas Shyne, et al.**
         **S1 05 Cr. 1067 (KMK)**
         **Client:  Nathaniel Shyne**

Dear Judge Karas:

   I write to make the Court aware that I will not be available to attend the pretrial conference which is scheduled for Friday, April 28, 2006.  Susan Tipograph has agreed to stand in for me and to inform my client of the situation.

              Respectfully yours,


              _____
              DAVID L. LEWIS

DLL/bf
cc:  E. Danya Perry  (via ECF)
   Assistant United States Attorney