UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/4/06

United States of America,

-v-

Nathaniel Shyne

              Defendant.

Case No. S4 05-CR-1067 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

    IT IS HEREBY ORDERED that the defendant appear with counsel, David Lewis, Esq. for arraignment on the 4th Superseding Indictment on **May 5, 2006 at 9:45am** in the United States Federal Courthouse- 500 Pearl Street, New York, New York, Courtroom 21D.

**NO REQUESTS FOR AN ADJOURNMENT WILL BE CONSIDERED**.

SO ORDERED.

Dated:    May 2, 2006
              New York, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE