UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

    -v-

Nathaniel Shyne
                  Defendant.

Case No. S4 05-CR-1067 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

    Mr. Lewis is excused from his appearance at the arraignment for the defendant which has been scheduled before this Court for May 5, 2006. Mr. Lewis shall have another attorney appear for his client at this arraignment.

    The Court will not permit co-defendants' attorneys to appear in place of Mr. Lewis.

**NO REQUESTS FOR AN ADJOURNMENT WILL BE CONSIDERED.**

SO ORDERED.

Dated:    May 3, 2006
             New York, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE