September 14, 2006

**VIA ECF and**
**FACSIMILE (212) 805-7968**

Honorable Kenneth M. Karas
United States District Judge
United States District Court
500 Pearl Street
Room 920
New York, New York  10007

        **RE:  United States of America v.**
                **Douglas Shyne, et al.**
                **S1 05 Cr. 1067 (KMK)**
                **Client:  Nathaniel Shyne**

Dear Judge Karas:

      In reference to the conference scheduled for Friday, September 15th, I write to inform the court that counsel will not be present, but counsel's partner, Charles G. Fiore, will appear on his behalf. On Friday, I am required to be at a court ordered federal civil deposition in Albany representing the State Senate.  Conversations with the government and the defendant concerning a disposition in this matter are moving along.

      I apologize to the Court for such short notice.

                          Respectfully yours,

                          _/s/_____
                          DAVID L. LEWIS

DLL/bf
cc:  E. Danya Perry  (via ECF)
     Assistant United States Attorney