# LEWIS & FIORE
### ATTORNEYS AT LAW
225 BROADWAY
SUITE 3300
NEW YORK, N.Y. 10007
(212) 285-2290
FAX (212) 964-4506

DAVID L. LEWIS
CHARLES G. FIORE

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/07

July 20, 2007

Honorable Kenneth M. Karas
United States District Judge
United States District Court
500 Pearl Street
Room 920
New York, New York  10007

**RE:   United States of America v.
Nathaniel Shyne
S4 05 Cr. 1067 (KMK)**

Dear Judge Karas:

This letter is submitted as a request for an adjournment of the sentencing, and a resetting of dates for filing our reply and the government's response to the Presentence Report in the above-captioned matter, which is presently scheduled for Thursday, August 9, 2007.

Counsel has been scheduled to attend the 2007 NASAMS Specialized Skills Training & Death Penalty Mitigation Institute which will take place from August 8-10, 2007 in Chicago, Illinois.

Therefore, I am requesting that the sentencing of Nathaniel Shyne be adjourned to any time period, convenient to the court in September 2007.

*Sentencing is scheduled for September 25, 2007, at 11AM. There will be no more adjournments in the absence of extraordinary or unforeseen circumstances.*

Respectfully yours,

DAVID L. LEWIS

DLL/bf
cc:  E. Danya Perry
     Assistant United States Attorney
     Nathaniel Shyne

SO ORDERED

KENNETH M. KARAS, U.S.D.J.
8/6/07