# JOB INVOICE

*[handwritten note at top:] Massimo Bldg*

| | |
|---|---|
| **TO:** First Lending Mortgage Co[rp] | **DATE ORDERED:** 11/16/04 |
| **ADDRESS:** Hillside Avenue | **ORDER TAKEN BY:** Chris |
| New York | **PHONE NO:** [illegible] |
| **ATTENTION:** Winston Shillingford | **CUSTOMER ORDER #:** [illegible] |
| | **JOB LOCATION:** [illegible] Billing |
| | **JOB PHONE:** 348-0033 |
| | **STARTING DATE:** 11/16/04 |
| | **TERMS:** 6 months |

| QTY | MATERIAL | UNIT | AMOUNT | DESCRIPTION OF WORK |
|---|---|---|---|---|
| 20 | Credit Services Personal Accounts | | $67,400 | Help to clear credit report to be able to get a mortgage |
| 5 | Business (DBA) Services Credit Reports | | | |

**MISCELLANEOUS CHARGES:** Executed in total price

*[handwritten across invoice:] Paid in Full by Check (Company Ck)*

| LABOR | HOURS | RATE | AMOUNT |
|---|---|---|---|
| | | | |

**WORK ORDERED BY:** Winston Shillingford
**DATE ORDERED:** 11/16/04
**DATE COMPLETED:** 3/16/05

**CUSTOMER APPROVAL SIGNATURE:** [signature]
**AUTHORIZED SIGNATURE:** [signature]

| | |
|---|---|
| TOTAL LABOR | $67,400.00 |
| TOTAL MATERIALS | |
| TOTAL MISCELLANEOUS | |
| SUBTOTAL | |
| TAX | |
| **GRAND TOTAL** | **$67,400.00** |

adams NC2817
MADE IN USA

JOB INVOICE

GOVERNMENT EXHIBIT 402 06-Cr. 832 (KTD) (ID)

# JOB INVOICE

| | |
|---|---|
| TO: Christopher Owens (Ceo) | DATE ORDERED: 11/27/04  ORDER TAKEN BY: Monroe |
| ADDRESS: Richmond Va 23227 | PHONE NO: 804-343-0093  CUSTOMER ORDER #: 5A15A16 |
| | JOB LOCATION |
| | JOB PHONE: 804-343-0093  STARTING DATE: 12/1/04 |
| ATTENTION: Paid in Full (Company) | TERMS: 6 months |

| QTY. | MATERIAL | UNIT | AMOUNT | DESCRIPTION OF WORK |
|---|---|---|---|---|
| 3 | business Super market Credit Services w/employees (total # 95 people) | | $15,000.00 | Repair Credit Reports Personal and Business (Help to Est New Credit For business + Personal |
| 5 | locations R+S Stores Credit Services with managers and employees total # 150 Clients | | $60,000 * | |

MISCELLANEOUS CHARGES

*Ck's Cashed*

| QTY | MATERIAL | | AMOUNT | LABOR | HRS. | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 15 | Personal Files For Credit Services the Owner of above Companies | | $85,000.00 | Flat Rates For Commercial Accounts | | | |

* Order Total $ 160,000.00

| | |
|---|---|
| WORK ORDERED BY: Monroe (C. Owens) | TOTAL LABOR: 160,000 |
| DATE ORDERED: 11/27/04 | TOTAL MATERIALS: |
| DATE COMPLETED: 5/27/05 | TOTAL MISCELLANEOUS: |
| | SUBTOTAL: |
| CUSTOMER APPROVAL SIGNATURE: [signed] | TAX: |
| AUTHORIZED SIGNATURE: [signed] | GRAND TOTAL: 160,000 |

Adams NC2817  
MADE IN USA

**JOB INVOICE**